Enriqueta GUZMAN, Petitioner,

v.

Julio GUZMAN, Respondent.

No. D–2387.

Supreme Court of Texas.

Dec. 31, 1992.

Rehearing Denied Jan. 27, 1993.

ORDER

Prior report: Tex.App., 827 S.W.2d 445.

On procedural grounds, and without reference to the merits, we withdraw our order granting the application for writ of error as improvidently granted, and deny the application.